United States District Court
Southern District of Texas

**ENTERED**

April 02, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| BARBARA MENDOZA-HERRERA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-cv-00438 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1), and Petitioner's Motion to Withdraw/Motion to Dismiss Petition for Habeas Corpus, (Dkt. No. 5). Petitioner filed the instant petition to challenge her detention in federal immigration custody. While the petition was pending and before the Court ordered a response, Petitioner's counsel advised the Court that Petitioner had been removed to Ecuador as a result of her final removal order. (Dkt. No. 5). The motion states that "Petitioner respectfully requests that this Court withdraw or dismiss the Petition for Writ of Habeas Corpus as it is now moot." (*Id.* at 3).

The Federal Rules of Civil Procedure (FRCP) apply in habeas corpus proceedings. Rules Governing Section 2254 Cases 1(b), 12 (applying Section 2254 Rules to other habeas corpus petitions and then applying the FRCP to these rules). FRCP 41 allows a plaintiff in a civil suit to dismiss a suit by filing a notice of dismissal before the opposing parties have served either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The notice of dismissal is effective automatically—without a court order—as soon as it is filed. *See In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam) (explaining that a "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required"). "Unless the notice . . . states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

While not explicitly invoking Rule 41(a)(1)(A)(i), Petitioner indicates that she withdraws her petition, and no Respondents have served answers or motions for

1 / 2

summary judgment. In substance, then, Petitioner's Motion to Withdraw/Motion to Dismiss Petition for Habeas Corpus is a voluntary notice of dismissal pursuant to Rule 41(a)(1)(A)(i), and the Court construes it as such. The notice does not indicate whether it is with or without prejudice, so the dismissal is without prejudice.

Petitioner's claims against Respondents were **DISMISSED WITHOUT PREJUDICE** effective upon the filing of the Motion. (Dkt. No. 5).

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on April 2, 2026 at Laredo, Texas.

John A. Kazen
United States District Judge